# THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## ASHEVILLE DIVISION

### CIVIL CASE NO. 1:12-cv-344-MR-DLH

| | | |
|---|---|---|
| BRADLEY GOODRICH, on behalf of K.O. (minor child) regarding Richard A. Ochoa, deceased, | ) ) ) ) | |
| Plaintiff, | ) ) | |
| vs. | ) ) | **O R D E R** |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | ) ) ) | |
| Defendant. | ) ) | |

**THIS MATTER** is before the Court *sua sponte*.

The Plaintiff brings this action on behalf of a minor child. The Complaint, which was filed on November 1, 2012, identifies the minor child by her full name. Rule 5.2 of the Federal Rules of Civil Procedure provides that "[u]nless the court orders otherwise, in an electronic or paper filing with the court that contains . . . the name of an individual known to be a minor, . . . a party . . . making the filing may include only . . . the minor's initials . . . ." Fed. R. Civ. P. 5.2(a)(3). The Plaintiff's Complaint is in violation of this Rule. In order to protect the privacy of the minor party, the Complaint shall be placed

under seal. The Plaintiff is cautioned that in all future filings, the minor child should be identified only by her initials.[1]

**IT IS, THEREFORE, ORDERED** that the Plaintiff's Complaint [Doc. 1] shall be **SEALED**, and that in all future filings, the Plaintiff shall identify the minor child only by her initials.

**IT IS SO ORDERED.**

Signed: November 6, 2012

Martin Reidinger
United States District Judge

---

[1] The Court notes that Plaintiff's counsel has already taken steps to rectify this error by filing an Amended Complaint [Doc. 2] which is in compliance with LCvR 5.2.