# United States District Court
# Western District of North Carolina
# Asheville Division

| | | |
|---|---|---|
| BRADLEY GOODRICH, Guardian Ad Litem for K.O. (minor child) Regarding Richard A. Oschoa, deceased, | ) ) ) ) ) | JUDGMENT IN CASE |
| Plaintiff, | ) ) | 1:12-cv-00344-GCM |
| vs. | ) ) | |
| Carolyn W. Colvin, Acting Commissioner of Social Security, | ) ) ) | |
| Defendant. | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's June 24, 2013 Order with Remand pursuant to Sentence Four of 42 U.S.C. Section 405(g).

June 24, 2013

Frank G. Johns, Clerk
United States District Court